In the Matter of CITY OF NEW YORK et al. against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See *ante*, p. 662.]

AUGUSTO MONTEFALCONE v. BANCO DI NAPOLI TRUST COMPANY OF NEW YORK, in Liquidation, et al.— Motion for reargument denied. Motion for leave to amend the complaint as to the third cause of action granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 268 App. Div. 636.]

## (March 16, 1945.)

In the Matter of ANDREW MAISCH, an Infant under the Age of Sixteen Years by JOHN MAISCH, Appellant. CITY OF NEW YORK, by HARRY H. BASSIN, Respondent.— Judgment unanimously reversed and the petition dismissed, on the ground that the evidence does not sustain the allegations of the petition. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARTIN SALLWEY, Respondent, v. 855-7 NINTH AVENUE CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EMIL K. ELLIS, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 745.]

In the Matter of JOHN T. CLARK & SON, Petitioner, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, et al., Respondents.— Determination of the Comptroller of the City of New York unanimously annulled, with fifty dollars costs and disbursements to the petitioner, and the respondents directed to refund petitioner's deposit with interest, on the authority of *Puget Sound Co.* v. *Tax Commission* (302 U. S. 90). Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of CARTER & WEEKES STEVEDORING COMPANY, Petitioner, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, et al., Respondents.— Determination of the Comptroller of the City of New York unanimously annulled, with fifty dollars costs and disbursements to the petitioner, and the respondents directed to refund petitioner's deposit with interest, on the authority of *Puget Sound Co.* v. *Tax Commission* (302 U. S. 90). Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ALICE ARRINGTON, Respondent, v. CHEMICAL BANK & TRUST Co., as Trustee under the Will of MORRIS SCHINASI, Deceased, Defendant, and JAURALE CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUSTAVE WEISSBERGER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DESIDER SCHOEN, Respondent, v. JACOB FEIN et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BERNARD SCHMIDT, Appellant, v. JACOB ROSENBERG, as President of Associated Musicians of Greater New York, Local 802, American Federation of Musicians,